AMERICAN RE CORPORATION,
Petitioner,

v.

COMMONWEALTH of Pennsylvania,
Insurance Department, and M. Diane
Koken, Insurance Commissioner, in
her official capacity, Respondents.

Supreme Court of Pennsylvania.

May 9, 2001.

### ORDER

PER CURIAM:

AND NOW, this 9th day of May 2001, the Appeal from the Order of the Commonwealth Court is hereby dismissed as moot.